**No. 54187.**—Dodge & Olcott, Inc., and Fritzsche Bros., Inc. *v.* United States, protests 153987–K and 153955–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of mandarin oil the same in all material respects as that the subject of *Fritzsche Bros., Inc.* v. *United States* (21 Cust. Ct. 90, C. D. 1134), the claim of the plaintiffs was sustained.

**No. 54188.**—Roth & Steiner, Inc. *v.* United States, protest 103733–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of shell strands similar in all material respects to those the subject of *United States* v. *Colonial Bead Co., Inc.* (36 C. C. P. A. 78, C. A. D. 401), the claim of the plaintiff was sustained.

**No. 54189.**—Indo-American Trading Co. *v.* United States, protest 150508–K (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54190.**—Amtorg Trading Corp. et al. *v.* United States, protests 152705–K, etc. (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.